David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

*Attorneys for Plaintiff,*
James Vincent Gruler

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES VINCENT GRULER,<br><br>                    PLAINTIFF,<br>v.<br><br>BANK OF AMERICA, N.A. AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>                    DEFENDANTS. | CASE NO: 2:15-CV-01333-SRB<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

   PLEASE TAKE NOTICE that Plaintiff James Vincent Gruler, and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in the above-entitled matter.

---

**NOTICE OF SETTLEMENT**          1                    2:15-CV-01333-SRB

1  The parties still need to execute the settlement agreement, but anticipate filing a dismissal with
2  prejudice, as to Equifax, no later than 60 days from the date of this Notice.

Date: December 15, 2015                                **KAZEROUNI LAW GROUP**

                                                       By: */s/ Ryan L. McBride*
                                                           Ryan L. McBride
                                                           Attorneys for Plaintiff

NOTICE OF SETTLEMENT                                   2                                     2:15-CV-01333-SRB