David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Ryan L. McBride, Esq. (SBN: 032001)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| James Vincent Gruler,<br><br>                    Plaintiff,<br><br>v.<br><br>Bank of America, N.A. and Equifax Information Services, LLC,<br><br>                    Defendants. | **Case No.: 2:15-CV-01333-SRB**<br><br>**NOTICE OF SETTLEMENT** |

   PLEASE TAKE NOTICE, Plaintiff, James Vincent Gruler ("Plaintiff"), and Defendant Bank of America, N.A. have settled this case in its entirety. The Parties

request that today's scheduling conference be vacated and the parties be granted 45 days in order to complete the terms of the settlement prior to filing a stipulation to dismiss with prejudice.

Date: December 22, 2015    **Kazerouni Law Group**

By: /s/ Ryan L. McBride
Ryan L. McBride
Attorney for the Plaintiff